STEVEN M. SPECTOR P.C. (SBN 51623)
THOMAS M. GEHER (SBN 130588)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: 310.203.8080
Facsimile: 310.203.0567
Email: sspector@jmbm.com
       tgeher@jmbm.com

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. SV 07-10887 GM |
| BELLE MARMICK, INC., a California corporation, | Chapter 11 |
| Debtor. | **ORDER GRANTING APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY LASKI & GORDON LLP AS TAX ATTORNEYS AND TAX ADVISORS** |
| | [NO HEARING REQUIRED] |

4804028v1

The Court having read and considered that certain *Application of Debtor for Authority to Employ Laski & Gordon LLP as its Tax Attorney and Tax Advisor* (the "Application"); the Court finding that notice and service of the Application being proper and that a hearing on the Application is not necessary, and good cause appearing therefor

**IT IS HEREBY ORDERED** that the Application is granted; and

**IT IS FURTHER ORDERED** that Belle Marmick, Inc., debtor and debtor in possession herein ("Debtor"), is authorized to employ Laski & Gordon LLP, effective as of July 1, 2007, on the terms and conditions set forth in the Application, including, but not limited to the payment of a $3,000 post-petition retainer.

Dated: ___7/31___, 2007

GERALDINE MUND
UNITED STATES BANKRUPTCY JUDGE

4804028v1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, Seventh Floor, California, 90067

On July 26 2007, I served the document(s) described as **Order Granting Application of Debtor for Authority to Employ Laski & Gordon LLP as Tax Attorneys and Tax Advisors** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At _____.m., I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number 310.203.0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY E-MAIL) I delivered such via email transmission to the addresses listed.

☐ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on July 26 2007 at Los Angeles, California.

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
ANDREA KEIFER

3349240v1

BELLE MARMICK, INC.,
a California corporation
Chapter 11
Case No. SV-07-10887-GM

## SERVICE LIST

Office of the U.S. Trustee
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

Attorneys for OCC
David R. Haberbush, Esq.
Haberbush & Associates
444 West Ocean Blvd., Suite 1400
Long Beach, CA 90802

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.
Do **not** file this form as a separate document.*

| In re  BELLE MARMICK, INC., a California corporation,   Debtor. | CHAPTER 11 CASE NUMBER SV 07-10887-GM |
|---|---|

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   **Order Granting Application of Debtor for Authority to Employ Laski & Gordon LLP as Tax Attorneys and Tax Advisors**

   was entered on *(specify date):*  AUG 2 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):  AUG - 2 2007

Dated: AUG 2 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

*Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.*

**F 9021 -1.1**

2002 © American LegalNet, Inc.

BELLE MARMICK, INC.,
a California corporation
Chapter 11
Case No. SV-07-10887-GM

## SERVICE LIST

Office of the U.S. Trustee
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

<u>Attorneys for OCC</u>
David R. Haberbush, Esq.
Haberbush & Associates
444 West Ocean Blvd., Suite 1400
Long Beach, CA 90802

<u>Attnys for Debtor</u>
Thomas M. Geher
Jeffer Mangels Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067