

**ORIGINAL**

FILED

AUG 2 3 2007

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY
Deputy Clerk

ENTERED

AUG 2 7 2007

ENTERED

AUG 2 4 2007

LODGED

JUL - 3 2007

1 HABERBUSH & ASSOCIATES, LLP
  DAVID R. HABERBUSH, ESQ., SBN
2 LAWRENCE R. FIESELMAN, ESQ., SBN 81872
  444 West Ocean Boulevard, Suite 1400
3 Long Beach, CA  90802
  Telephone: (562) 435-3456
4 Facsimile:  (562) 435-6335

5 Proposed Counsel for Official Committee of Unsecured Creditors

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO DIVISION

In re:

BELLE MARMICK, INC.

                    Debtor(s)

Case No.  SV 07-10887GM

**Chapter 11**

**APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HABERBUSH & ASSOCIATES, LLP, AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DAVID R. HABERBUSH; ORDER APPROVING EMPLOYMENT**

[NO HEARING REQUIRED]

The Official Committee of Unsecured Creditors of Belle Marmick, Inc., (hereinafter referred to a "Applicant"), hereby seeks authority to employ Haberbush & Associates, LLP as bankruptcy counsel for the purposes and on the terms as set forth more fully hereinbelow.

## INTRODUCTION

Applicant requires the immediate assistance and representation of counsel for the following purposes:

(a)    To advise and consult with Applicant concerning questions arising in the conduct of the administration of the estate, Applicant's rights and remedies with regard to the estate's assets and the claims of secured, priority and unsecured creditors;

(b) To appear for and represent Applicant's interest in obtaining Court approvals for the Trustee's hiring of professionals, and to assist and advise Applicant regarding the liquidation of the property of the estate;

(c) To investigate preference, fraudulent transfers, and other actions arising under Debtor's avoiding powers, should such causes of action exist;

(d) To assist in the preparation of such pleadings, applications and orders as are required for the orderly administration of this estate;

(e) To advise, consult and represent Applicant in such legal actions as are necessary concerning the use and disposition of property of the estate including use of cash collateral, defense of motions to lift or modify the automatic stay, and the assumption or rejection of unexpired leases and executory contracts;

(f) To advise and consult with Applicant concerning claims made against the estate, including adversary proceedings related thereto;

(g) To advise and consult with applicant regarding a plan of reorganization, including necessary disclosure statements; and

(h) Perform such other and further legal services to Applicant which are reasonable and necessary during the course of the above captioned Chapter 11 Case.

## EXPERIENCE AND BACKGROUND OF
## HABERBUSH & ASSOCIATES, LLP

Applicant proposes the employment of Haberbush & Associates, LLP, on the terms and conditions as set forth more fully herein below. Your Applicant has selected Haberbush & Associates, LLP because it is well experienced in bankruptcy matters.

David R. Haberbush of Haberbush & Associates,, LLP is well experienced in bankruptcy cases; having served as counsel to Chapter 7 Trustees in the Central District of California since 1982; having represented debtors trustees creditors committees and creditors in Chapter 7, Chapter 11 and Chapter 13 bankruptcy cases; and having served as an active member of the standing panel of Chapter 7 Trustees for the Central District of California from 1987 to 1995.

Lawrence R. Fieselman of Haberbush & Associates, LLP is also well experienced in bankruptcy

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

F:\H A\clients\ACTIVE\Belle Maria\a. Inc\Pleadings\APPL 2 EMPLOY H&A.wpd

THIS DOCUMENT PREPARED ON RECYCLED PAPER

1 cases having represented various Chapter 7 Trustees in the Central District of California as well as

2 debtors in Chapter 7, 11 and 13 cases in the Central and Northern Districts of California from 1979 to

3 the present.

4    A Resume of the members of Haberbush & Associates, LLP is attached hereto and incorporated

5 herein, by this reference, as Exhibit "A".

## HABERBUSH & ASSOCIATES, LLP, IS DISINTERESTED

7    "Except as otherwise provided in this section the trustee, with the Court's

8    approval, may employ one or more attorneys, accountants, appraisers,

9    auctioneers, or other professional persons, that do not hold or represent

10    an interest adverse to the estate, and that are disinterested persons to

11    represent or assist the trustee in carrying out the duties under this title."

12 *11 U.S.C. §327(a).*

13    David R. Haberbush of Haberbush & Associates, LLP is the court-appointed receiver for three

14 entities: Southland Leasing, Southland Land Corporation and Southland Consulting, all of which are

15 pending in the Los Angeles Superior Court, East District (Pomona), case numbers, KS 009234, KS

16 009235 and KS 009236. Steven M. Spector, counsel for the debtor-in-possession herein, is general

17 counsel to Mr. Haberbush in his capacity as receiver in the above-referenced matters. Additionally, two

18 of the members of the Official Committee of Creditors (the assignee of the claims of Lamipro and

19 Cintex) are represented by Victor Sahn. Mr. Sahn is also employed by Mr. Haberbush, again in his

20 capacity as of the receiver in the above-referenced cases, as special litigation counsel.

21    As demonstrated by the attached Declaration of David R. Haberbush, Haberbush & Associates,

22 LLP, has no connection with the Debtor of the bankruptcy case, nor does it hold or represent an interest

23 adverse to the bankruptcy estate and, therefore, is disinterested within the meaning of *11 U.S.C.*

24 *§101(13)* which provides:

25    "Disinterested person' means person that –

26    (A) is not a creditor, an equity security holder, or an insider; (B) is not

27    and was not an investment banker for any outstanding security of the

28    Debtor; (C) has not been, within 3 years before the date of the filing of

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

1   the Petition, an investment banker or a security of the debtor, or an

2   attorney for such investment banker in connection with the offer, sale or

3   issuance of a security of the debtor; (D) is not and was not, within two

4   years before the date of the filing of the Petition a director, officer, or

5   employee of the debtor or of an investment banker specified in

6   subparagraph (B) or (C) of this paragraph; and (E) does not have an

7   interest materially adverse to the interest of the estate or any class of

8   creditors or equity security holders by reason of any direct or indirect

9   relationship to, connection with, or interest in the debtor or an investment

10   banker specified in subparagraph (B) or (C) of this paragraph for any

11   other reason."

12   The Declaration of David R. Haberbush demonstrates that Haberbush & Associates, LLP, does

13   not hold any claims against the Debtor and has no connection with the Debtor's creditors, insiders,

14   affiliates, or interested parties or their accountants and attorneys, except as stated herein. Haberbush &

15   Associates,, LLP, holds no conflicts of interest with that of the representation proposed hereby nor does

16   Haberbush & Associates, LLP, hold any claim for attorneys' fees and reimbursement of expenses which

17   will arise should the Court approve the proposed judgment.

18   **NATURE AND TERMS OF PROPOSED EMPLOYMENT**

19   Haberbush & Associates, LLP, has agreed and Applicant proposes, that said firm's compensation

20   from the bankruptcy estate shall be subject to prior Bankruptcy Court approval after a rendering of

21   services and availability of funds in the estate for payment of said compensation.  Haberbush &

22   Associates, LLP, proposes to charge the bankruptcy estate, lawyer's fees, based upon the hourly rate as

23   set forth hereinbelow and to seek reimbursement of actual out-of-pocket expenses at rates also set forth

24   hereinbelow. Applicant and Haberbush & Associates, LLP, have no agreement as between the two of

25   them with respect to the nature and compensation for the services to be rendered by Haberbush &

26   Associates, LLP, and it is intended by the parties that this application and the Court's Order approving

27   it shall constitute the agreement between them.  It is further agreed that all payments for attorney's fees

28   and reimbursement of expenses of Haberbush & Associates, LLP, shall be paid from the estate's funds,

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

1  as and when such funds become available and the Court approves disbursement thereof in payment to

2  Haberbush & Associates, LLP. Haberbush & Associates, LLP, proposes to charge the bankruptcy estate

3  the following hourly rates, subject to change upon notification to the United States Trustee for the

4  Central District of California.

5         David R. Haberbush –      $400.00

6         Lawrence R. Fieselman –    $325.00

7         Jason K. Boss –       $185.00

8         Robert I. Brayer –     $195.00

9        Haberbush & Associates, LLP, also proposes to charge the bankruptcy estate for its actual and

10  necessary out-of-pocket expenses, for long distance telephone calls, messenger charge, overnight mail

11  costs, postage, parking expenses, court reporters' fees, charges for transcripts of hearings, charges by

12  the Clerk of the Bankruptcy Court, witness and mileage fees as required by statute, and expenses for

13  service of process when necessary. Additionally, Haberbush & Associates, LLP, proposes to charge as

14  out-of-pocket expenses the following items at the following rates:

15         Photocopies –       $.15 per page

16         Actual mileage       $.48

17        Haberbush & Associates, LLP has discussed with Debtor its ability to deposit the sum of

18  $6,500.00 per month into the Haberbush & Associates, LLP client trust account and for proposed

19  counsel to draw down against those deposits, pursuant to the Guidelines of United States Trustee, for

20  fees and expenses incurred during the previous month in representing the Official Committee of

21  Unsecured Creditors. Debtor has agreed, subject to this court's approval, to make deposits into the

22  Haberbush & Associates, LLP client trust account, on the first day of each month, commencing July 1,

23  2007, in the sum of $6,500.00 per month.

24        Haberbush & Associates, LLP, also through the Declaration of David R. Haberbush, represents

25  that it has a working knowledge of Title 11 of the *United States Code*, the *Federal Bankruptcy Rules of*

26  *Procedure* and the *Local Bankruptcy Rules of Procedure*.

27  //

28

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

F:\H A\clients\ACTIVE\Belle Maison, Inc\Pleadings\APPL 2 EMPLOY H&A.wpd

THIS DOCUMENT PREPARED ON RECYCLED PAPER

1   WHEREFORE, Applicant prays that this Court approve Applicant's employment of Haberbush

2   & Associates, LLP, as its attorney to render services described above with compensation to be paid as

3   an administrative expense in such amounts as this Court may hereafter determine and allow.

4

5   Dated: _June 15, 2007_.          Official Committee of Unsecured Creditors of Belle
                                     Marmick, Inc.
6

7

8                                    By: _____
                                        ALEX LEE, Chairman of
9                                        Official Committee of Unsecured Creditors

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

b. is nor was at any time an investment banker for any security of the Debtor nor an attorney for same; and,

c. have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holder for any reason.

9. I have has discussed with Debtor its ability to deposit the sum of $6,500.00 per month into the Haberbush &Associates, LLP client trust account and for proposed counsel to draw down against those deposits on a monthly basis pursuant to the Guidelines of United States Trustee for fees and costs incurred by Haberbush & Associates, LLP during the prior month. Debtor has agreed, subject to this court's approval, to make deposits into the Haberbush & Associates, LLP client trust account, on the first day of each month, commencing July 1, 2007, in the sum of $6,500.00.

EXECUTED THIS ___ DAY OF JUNE, 2007, AT LONG BEACH, CALIFORNIA.

I declare under penalty of perjury that the foregoing is true and correct.

DAVID R. HABERBUSH, Declarant

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

F:\H.A\clients\ACTIVE\Belle Mann\A. Inc - 584\Pleadings\APPL 2 EMPLOY.H&A.wpd

THIS DOCUMENT PREPARED ON RECYCLED PAPER

## ORDER

1

2     The Court having considered the foregoing Application and Declaration in support thereof, and

3  it appearing that Haberbush & Associates, LLP, does not hold any interest adverse to the estate, that it

4  is a disinterested person, that its employment is in the best interest of this estate, and that no notice of

5  hearing is required,

6     IT IS HEREBY ORDERED that Applicant, the Official Committee of Unsecured Creditors of

7  Belle Marmick, Inc., is authorized to employ Haberbush & Associates, LLP, as its attorneys herein;

8     IT IS FURTHER ORDERED that the Debtor-in-Possession shall deposit into the Client Trust

9  Account of Haberbush & Associates, LLP, on the first day of each month, commencing July 1, 2007,

10  the sum of $6,500.00 and Haberbush & Associates, LLP is authorized to draw down against those fund

11  so deposited at the end of each month for fees and costs incurred by Haberbush & Associates, LLP

12  during the month pursuant to the Guidelines of the United States Trustee; and

13     IT IS FURTHER ORDERED that all fees and costs of Haberbush & Associates, LLP, shall be

14  subject to interim and/or final review and approval by this Court after notice and a hearing as required

15  by the local and Federal Bankruptcy Rules of Procedure.

16

17  Date:   8/23/07                              By: _____

18                                              GERALDINE MUND, Judge
                                                UNITED STATES BANKRUPTCY COURT

19

20

21

22

23

24

25

26

27

28

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

# Exhibit "A"

# DAVID R. HABERBUSH
## PROFILE

23 years of experience in Bankruptcy, Insolvency, Receiverships, General Assignments, and Debtor/Creditor Litigation, with particular expertise in:

- Appearances in matters pending before the United States Supreme Court, the United States District, United States Bankruptcy, State Appeals Court, Superior and Municipal Courts.
- Trial attorney in business litigation in the State and Federal courts, including jury trials as well as private arbitrations.
- Successful representation of broad spectrum of debtors and creditors throughout their reorganization or liquidation proceedings.
- Service as a federal and state court Receiver in numerous cases that involve real property, law firms, mortgage companies, automotive sales and repair companies, nightclubs and restaurants, and many other types of organizations.
- Service as state-court Referee for the purpose of liquidating property.
- Representation of state-court Receivers, including receivers for law firms in liquidation under the supervision of the California Superior Court.
- Representation of creditors, debtors, state and federal court receivers and trustees in bankruptcy in cases pending under Chapters 7, 11, 12, and 13 of the Bankruptcy Code.
- Service as Trustee in bankruptcy and as Assignee for the Benefit of Creditors (under General Assignment) for numerous businesses in reorganization or liquidation.
- Service as Arbitrator for the American Arbitration Forum.

## PROFESSIONAL HISTORY

- Principal of Haberbush & Associates, LLP (January 2006 – present).
- Principal of Haberbush Feinberg, LLP (November 2003 – December 2005).
- CEO/President of Equitable Transitions. Inc. (October 2003 – present).
- Principal of Haberbush & Campbell, LLP. ( February 1996- October 2003).
- Member of the Law Firm of Roquemore, Pringle & Moore, Inc. (1987-1996)
    - Headed the firm's debtor-creditor, insolvency and bankruptcy department.

- Associate of Sulmeyer, Kupetz, Baumann, & Rothman (1982-1987).

## COMMUNITY SERVICE

- Dean's Advisory Board, Trinity Law School, Santa Ana, CA, 2006 – present.
- Board Member, Long Beach Arts Council, 2006 – present.
    - o Real Estate Subcommittee, 2007.
- Member St. Mary's Medical Center Board of Trustees, June 2006 – present.
- Member, Advisory Board, Salvation Army, Long Beach Citadel, 2006 – present.
    - o Real Estate Subcommittee, 2007.
    - o Chairman of Board Development, 2007.
- Committee Member, Diversity in the Profession, Los Angeles County Bar Association, 2005-2006.
- Elder, Long Beach Christian Reformed Church, 2005 – present.
- California State University, Long Beach, Student Hearing Disciplinary Officer, 2004 – present.
- Arbitrator, National Arbitration Forum, 2004 – present.
- Member, Editorial Board, California Business Law News, 2003 – 2006
- Long Beach Bar Foundation, Board of Trustees, 2002 – present.
    - o Chair, Fundraising Committee.
- Member, Ball-Hunt Inn of Court, 2001 – present.
- Long Beach Bar Association, 2001 – 2002.
    - o Member of the Board of Governors.
- Served as Chair of the Debtor-Creditor Relations and Bankruptcy Committee of the Business Law Section of the California State Bar from 1999 to 2000.
- Panel of Receivers, Los Angeles Superior Court, 1998.
- State Bar of California
    - o Business Law Section, 2003 – present
        - ▪ Debtor-Creditor Relations and Bankruptcy Committee of the State Bar of California (1997-2000; Chairman 1999-2000).
        - ▪ Publications and Programs Committee
            - • Co-edited Business Law News
- Adjunct Professor, Business Law, at Whittier College, Fall 1996.
- Standing Chapter 12 Trustee for the Central District of California (1991-1992).
- Standing Panel of Chapter 7 Trustees for the Central District of California

(1987-1995).
- American Bar Association.
- Los Angeles County Bar Association.

## PRESENTATIONS

- Revisions to the Bankruptcy Code Affecting Chapters 7, 11, and 13.
- "How to Represent a Chapter 7/13 Debtor."
- Lecturer at California State Bar, Fall, 1998 Section Education Institute.
- 1999 California State Bar Annual Meeting: 1999 Revisions to the Bankruptcy Code.
- 2000 State Bar of California Business Law Section Spring Meeting, "Exemptions in Bankruptcy."
- 2003 Lecturer at California Society of Certified Public Accountants.

## PUBLICATIONS

- "Why At-Risk Kids Need a Shortstop," Long Beach Business Journal, March 28 – April 10, 2006.
- "Avoiding Bulk Sales Pitfalls," Long Beach Business Journal, August 3-16, 2004.
- "The End of the Beginning: Alternatives to Bankruptcy," Long Beach Business Journal, July 6-19, 2004.
- "Deadlock Doesn't Have to Mean Good-Bye," Orange County Lawyer, May 2004
- "Easy as ABC," The Deal, February 9, 2004.
- "War Stories: Arguing Before the Supreme Court," Business Law News, Issue 3, 2004.
- "ABC is Alternative to BK," Big News for Small Businesses, November/December 2003.
- 8-Part Column, "Ask the Lawyer," for the Signal Hill News Enterprise, 2003-2004, covering such topics as homestead exemptions, fraudulent transfers, asset protection against malpractice, and unpaid corporate credit cards.

## PRESS

- "Long Attorney Before Supreme Court," Grunion Gazette, April 22, 2004

- "Local Lawyer to Face Supreme Test," by John Underwood, News-Enterprise, August 13, 2003.

## TELEVISION APPEARANCE

- "Identity Theft Exposed," April 8, 2004, Letter of the Law television program sponsored by the Long Beach City Prosecutor's Office.

## EDUCATION

- Whittier College (B.S. 1979).
- Whittier College School of Law (J.D, cum laude, 1982).
  - o Legal extern to the Honorable William J. Lasarow, Chief United States Bankruptcy Judge for the Central District of California. 1981.

## SELECTED EXPERIENCE AS A FIDUCIARY

- *In Re Santa Monica Beach Hotel, Ltd.* involved a partnership's failed hotel construction in Santa Monica California resulting in litigation and financial failure. As, Trustee Mr. Haberbush worked with the secured creditors and the City of Santa Monica so that the incomplete hotel could be sold to a buyer who could complete the construction. He was able to sell the partially completed hotel for $18,750,000. The hotel is now operated under the name "Shutters". Additionally, he oversaw and managed the construction defect litigation resulting in a settlement of $33,000,000.
- *In re Butterfield & Mason Mortgage Company* was a failed mortgage company which held title to real properties, including property located in the "Golden Triangle" in Beverly Hills, California. The major real property was office buildings occupied by physicians. Mr. Haberbush was required to manage and sell the office buildings and was able to accomplish sales for more than $16,000,000. Additionally, he managed a moderately large loan portfolio and related litigation.
- *In Re Fadel Group Investments* was a fraudulent "investment" company which solicited the investment of funds from the Los Angeles Latino community. As Trustee, Mr. Haberbush investigated a complex ponzi scheme involving investments in real properties throughout Southern California. He managed a number of lawsuits brought to clear title to real properties and prepare them for sale. He sold more than 20 real properties

for more than $4,000,000 ranging from an office building on Whilshire Boulevard in Los Angeles, to single family residences.

- *In Re Sahauro Petroleum & Asphalt Company, Inc.* was a business that sold asphalt for public and other works of improvement in the State of Arizona. The assets included an operating asphalt storage facility with trucks, railroad leases and real property holdings. At the time Mr. Haberbush was appointed, the business operations were ongoing in Phoenix, Arizona. He assessed the business assets and maintained the business operations such that a sale of the real property, railroad leases and related personal property could proceed in an orderly manner. He was successful in obtaining more than $4,000,000 through the sale of the business assets.

- *In Re Balchand Patel* was an individual who owned motels and other retail enterprises throughout the State of California. The assets included motels in Long Beach, Crescent City and Ventura California as well as residential real property and El Pollo Loco restaurants. Although Mr. Patel fled the country and business records were not available, Mr. Haberbush operated the motels and the restaurants profitably. He was able to sell some of the motels and all of the restaurants for their market values.

- *In Re Hong Trieu* involved an individual whose principal asset was an Arco Service Station and Mini Mart in a gang infested neighborhood. Mr. Haberbush operated the business, established financial controls, worked with the franchisor of the business, and sold the business for more than $1,000,000.

- *In Re Zonni, Ginnocchio & Taylor* was a law corporation with 5 locations in California ranging from San Diego to Ventura. At the time Mr. Haberbush was appointed, the business was operating and he was required to cease the business operations, close all 5 locations, notify the firm's clients of the business closure and coordinate the transfer of more than 2000 active client files to other law firms. Additionally, he collected more than $1,000,000.00 in billings and liquidated another $2,000,000 in assets.

- *Beyond Music* was a company, with a record label, which, due to internal disputes between owners, became financially unable to continue in its business operations. In December of 2003, owner of the company determined that it could no longer continue viable operations. As assignee for the benefit of creditors, Mr. Haberbush as the principal of Equitable Transitions, Inc. oversaw the liquidation of the assets of the record company. An extensive music catalog was marketed and sold, successfully resulting in funds sufficient to pay all liens against the music catalog with funds left over to pay legitimate creditor claims.

- *GreenOrange* was engaged in the business of commercial knitting in the city of Vernon, California.. The assets were initially investigated and valued. Through Mr. Haberbush's efforts, a strategy for the sale of the assets was agreed upon with the principals of the company which resulted in the realization of value far in excess of the initial determinations. The liquidation involved coordination with the city of Vernon who was one of the major creditors.

- *Centerpoint Mortgage Corporation*, a mortgage company and broker, found itself overextended and in irremediable financial circumstances when interest rates began to increase in late 1998. In May of 1999, Centerpoint Mortgage Corporation commended its voluntary wind-up and dissolution and chose Equitable Transitions to conduct the liquidation of its assets and wind its business affairs. Located in Orange County, California, CMC did business in a number of states scattered across the country. At the time of the appointment, more than fifty mortgages issues by CMC were standing of record in the name of CMC in Minnesota, New Jersey and other states. As a Receiver, Mr. Haberbush pursued these legally and factually complex issues with an eye toward realizing assets to pay a meaningful dividend to creditors.

- The receivership of the *Southland Companies* involved three distinct corporations engaged in the development of real properties in Southern California, often in participation with redevelopment agencies. Most of the developments were funded from limited liability companies, of which the Southland Companies were managing members and creditors. The transactions were often complex. Most of the developments were with funds from private investors as well as funds from redevelopment agencies. When the Southland Companies became insolvent, they elected to file a petition for wind up and dissolution, under Superior Court supervision, and Mr. Haberbush was appointed the receiver. Mr. Haberbush negotiated the sale of the assets of a number of the limited liability companies, as well as the assets of the Southland Companies. While this receivership is ongoing, it appears that creditors will receive a significant dividend on account of their claims.

- *Wolfer Printing Company* was a commercial printing facility located in Commerce, California. Mr. Haberbush, upon his appointment as assignee for the benefit of creditors took charge in possession of an operating printing facility. Upon making investigation into the assets and liabilities, and obtaining valuations for the assets, he negotiated a going concern sale of all of the assets of the Company, with the consent of the primary secured creditor. As a result, the secured creditor was fully paid, within less than 30 days and a meaningful distribution was given to the unsecured

creditors.

## LAWRENCE R. FIESELMAN
SBN 81872
TELEPHONE: (562) 435-3456; FACSIMILE: (562) 435-6335
E-MAIL: LFIESELMAN@LBINSOLVENCY.COM

## EDUCATION

Kansas State University, Manhattan KS – B.A. Political Science – January, 1969

Southwestern University Law School, Los Angeles CA - J.D. – June, 1978

## LEGAL EXPERIENCE

Attorney – Sole practitioner, Long Beach CA – April 1979 to August 1992
> Emphasis on bankruptcy and related matters. Represented debtors in Chapter 7, 11 and 13 cases, as well as creditors in relief from stay actions and dischargeability actions.

Attorney - Roquemore, Pringle & Moore, Inc., Los Angeles CA – August 1992 to August 1997
> Worked primarily in six attorney bankruptcy department, representing Chapter 11 debtors as well as Chapter 7 trustees.

Attorney – Sole Practitioner, Long Beach CA – August 1997 to September 2006
> Emphasis on bankruptcy and related insolvency matters as well as general civil litigation.

Attorney – Haberbush & Associates, LLP – September 2006 to present
> Responsible for supervision of two staff attorneys in the areas of bankruptcy and related insolvency matters as well as business related civil litigation; Maintenance of separate case load in foregoing areas.

## NON-LEGAL EXPERIENCE

U. S. Marine Corps, Lieutenant – March 1969 to June 1972.
> Infantry platoon commander, Okinawa, Viet Nam; Regimental logistics officer and sensitive documents, Okinawa; Base logistics officer, 29 Palms CA.

Electronic Data Systems – Systems Analyst – June 1972 to August 1973
> Systems analyst assigned to the Los Angeles office in charge of the Blue Shield of California account. Responsible for maintaining operation of the claims and accounting systems.

Financial Industries Corporation – Financial Planner – August 1973 to December 1974
> Reviewed and analyzed proposed financial plans for various individual clients to determine projected cash flow and applicability to clients' needs.

U. S. Department of Agriculture – Food & Nutrition Program – January 1975 to March 1979
> Monitored businesses in Los Angeles, Ventura and Santa Barbara Counties which participated in the federal government food stamp program to ensure compliance with applicable regulations.

## **MISCELLANEOUS**

Member of Board of Directors, Hosanna Chapel, Bellflower CA – February 1985 to August 2000

School Board Member, First Baptist Church of Lakewood School - September 2000 to June 2006

City of Bellflower, Parks & Recreation Commissioner – January 2004 to present

Member, Marine Corps Association – July 2005 to present

# Robert I. Brayer

*2601 E. Victoria St.*
*Spc #153*
*Rancho Dominguez, CA 90220*
*562-544-2168*
*rbrayer@hotmail.com*

## Legal Experience

**Haberbush & Associates, LLP,** Long Beach, CA                    November 2004-Present
*Associate*
Legal research and writing in connection with bankruptcy adversarial proceedings, real estate litigation and assorted business litigation. Drafting of several appeals in both federal and state courts. Made several court appearances to argue law and motion matters. Direct contact with clients and participation in settlement negotiations and mediation procedures.

**Cooper, White & Cooper, LLP,** San Francisco, CA                    May 2004-June 2004
*Contract Attorney*
Performed legal research and writing in pending civil litigation matters.

**Omar Figueroa, Attorney At Law,** San Francisco, CA                    February 2004-July 2004t
*Contract Attorney*
Performed legal research and writing in pending criminal cases.

**San Francisco County Superior Court,** San Francisco, CA                    September 2002-2003
*Legal Research Attorney*
Performed legal research and writing for judges in the criminal court on issues including but not limited to 1538.5 suppression motions, 995 dismissal motions, motions to amend and motions to consolidate.

## Publication Experience

**Business Law News, California**
Article Author/Editorial Board                    2006-2007

Drafted article entitled "Are California LLC Management Rights Assumable or Assignable Under 11U.S.C. §365?" published in Business Law News in 2006.

Currently serving on editorial board.

## Academic Achievements in Law

**Admitted, State Bar of California, November 2002**

**Boalt Hall School of Law, University of California, Berkeley, CA**
J.D., May 2002
*Honors:*
California Law Review, Fall 2000
California Law Review Publishing Editor, Spring 2001-Spring 2002
High Honors, Introduction to Intellectual Property, Fall 2000
High Honors, Proposition 36 Implementation Study, Fall 2001
Prosser Prize, Surveillance and Society, Fall 2001

**University of Florida College of Law, Gainesville, FL**
Class Rank: 4/195; G.P.A.: 3.63
*Honors:*
Legal Research & Writing, Fall 1999
Appellate Advocacy, Spring 2000
Book Award, Constitutional Law, Spring 2000

**New College** (the honors college of the State University System), **Sarasota, FL**
B.A. in Literature and Political Science, May 1999
Senior Research Thesis: *Is Social Change Possible?*; Oral defense of thesis.

# JASON K. BOSS

CA State Bar #228147
Phone: (562) 435-3456; Facsimile: (562) 435-6335
Email: jboss@lbinsolvency.com

## EDUCATION

### SOUTHWESTERN UNIVERSITY SCHOOL OF LAW, Los Angeles, CA
*Juris Doctor Degree*- May 2003
- o  Member, Southwestern University Entertainment Law Society, 2000-2001
- o  Member, Southwestern University Christian Legal Society, 2000-2001
- o  President, Southwestern University Christian Legal Society, 2001-2003
- o  Member, Southwestern University Honors Inter-trial Advocacy Program (ITAP), 2001-2003
- o  Competitor & Semi-Finalist , Association of Trial Lawyers of America's (ATLA) National Student Trial Advocacy Competition, February 2003
- o  Member of State Bar of California, Admitted December 2, 2003

### CALVIN COLLEGE, Grand Rapids, MI
*Bachelor of Arts*, Political Science (major) & Sociology/Criminal Justice (minors)- May 2000
- o  Member, Young Republicans Society, 1996-2000
- o  Member, Sociology of Sports Society, 1996-2000
- o  Member, Paul B. Henry Institute, 1998-2000
- o  Media Manager for the Presidential Debate of 2000, February 2000
- o  Campaign Staff Member for Local & National Political Candidates, 1997-2000

## EXPERIENCE

### HABERBUSH & ASSOCIATES, LLP, Long Beach, CA
(Previously Haberbush - Feinberg, LLP)
Associate Attorney- August 2004 - Present
- Primary Contact and Attorney for all Chapter 7 Bankruptcies
- Civil Litigation Attorney
- Long Beach Bar Association, Board Member, 2004-Present
- Chairman of Long Beach Bar Association's Annual Golf Tournament, 2006-Present
- Association of Trial Lawyers of America (ATLA), Member, 2003-Present
- California Bar, Member, December 2003-Present
- Christian Legal Society, Member/Former President
- Southwestern University School Of Law's Honors Inter-trial Advocacy Program, Alumni Member
- Southwestern University School of Law, Active Alumni
- Calvin College, Active Alumni

### THE ALLIANCE FOR CHILDREN'S RIGHTS, Los Angeles, CA
*Volunteer Adoption Attorney,* January 2003-April 2003
- Counsel for parents and child through adoption process
- Prepared, filed, and presented all necessary filings and paperwork to accomplish adoptions
- Appeared with parents and child at adoption hearing(s)

**LOS ANGELES COUNTY DISTRICT ATTORNEY'S OFFICE, LOS CERRITOS
COURTHOUSE,** Los Angeles, CA
State Bar Certified Law Clerk-2002
- Criminal Litigation Attorney at Bellflower Courthouse
- Coordinated and prepared witnesses, police officers, experts, etc.
- Prepare and present cases throughout the criminal process

**AMERICAN GOLF CORPORATION,** Long Beach/Santa Monica, CA
Contract Attorney- April 2001-August 2004
- Negotiated, Drafted, and Executed Contracts
- Managed Tournament Staff, Sponsors, and Merchandise Deals

## INTERESTS
- attend baseball, basketball, hockey, and other sporting events
- active golfer
- snowboard and body-board
- active involvement with SDCRC and New Life Community Churches
- travel

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to this action. My business address is 444 West Ocean Blvd., Suite 1400, Long Beach, California 90802.

On June 15, 2007, I served the foregoing document described as **APPLICATION BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY HABERBUSH & ASSOCIATES, LLP, AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DAVID R. HABERBUSH; ORDER APPROVING EMPLOYMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED MAILING LIST**

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

XXX (BY MAIL) I placed the envelope for collection and mailing on the date shown above, at this office, in Long Beach, California, following our ordinary business practices.

I am readily familiar with this office's practice of collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

____ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee(s).

____ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XXX (FEDERAL) I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 15, 2007, at Long Beach, California.

MONIQUE TALAMANTE

HABERBUSH & ASSOCIATES, LLP
ATTORNEYS AT LAW
444 WEST OCEAN BOULEVARD, SUITE 1400
LONG BEACH, CA 90802

F:\H\A\clients\ACTIVE\Belle Marnick, Inc\Pleadings\APPL.2.EMPLOY.H&A.wpd

12

THIS DOCUMENT PREPARED ON RECYCLED PAPER

BELLE MARMICK, INC.,
a California corporation
Chapter 11
Case No. SV-07-10887-GM

Office of the U.S. Trustee
Attn: George Griffith, Analyst
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

**Secured Creditor**
Bank of America, N.A.
Attn: Wendy Said
101 S. Marengo Avenue, 5th Fl
Pasadena, CA 91101-2428

**Debtor**
Belle Marmick, Inc.
Attn: Michael Cope
Amigos Flooring
13406 Saticoy St.
North Hollywood, CA 91605

**Attorney For Debtor**
Steven M. Spector
JEFFER, MANGELS BUTLER & MARMARO,
1900 Avenue of the Starts, 7th Floor
Los Angeles, Ca 90064-4803

**20 LARGEST UNSECURED CREDITORS**

Neo-Tech
Attn:  Charles Oh
12810 East Florence Avenue
Santa Fe Springs, CA 90670

Cintek System Inc.
C/O SulmeyerKupetz
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071-1406

Circuit City Stores, Inc.
Attn: Denise Coover
9954 Mayland Drive
Richmond, VA 93833

Balterio U.S., Inc.
C/O Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Lamipro
C/O Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Rye Canyon Gateway Plaza, LLC
C/O Ron Rasak
16001 Ventura Blvd.
Encino, CA 91436

6400 Warner Atrium LP
Attn: Building Office
6400 Cangoa Avenue, Suite 300
Woodland Hills, CA 91367

CBS Infinity/KTWV-FM
Attn: Credit Dept.
5670 Wilshire Blvd., #200
Los Angeles, CA 90036

LODGI North America Inc.
C/O Joe Ruchman
11131 Bird Rd.
Richmond, BC V6X 1N7

Ace Bapaz
Attn: Credit Dept.
8505 S. La Cienega Blvd.
Inglewood, CA 90301

LA Times
C/O Caine & Weiner
15025 Oxnard St., Suite 100
Van Nuys, CA 91411

Daily News Los Angeles
C/O Credit Dept.
21221 Oxnard Street
Woodland Hills, CA 91365

KFRG-FM
C/O Szabo Associates
3355 Lenox Road NE 9th Floor
Atlanta, GA 30326-1332

The Press-Enterprise
C/O Credit Dept.
PO Box 12009
Riverside, CA 92502-2209

Diamond W Floor Covering
C/O Faye Daniels
19321 E. Walnut Drive North
City Of Industry, CA 91748

CIT Group
C/O James Vogitanz
301 S. Tryon Street, Suite 2200
Charlotte, NC 28202

Shaw Industries
C/O Katherine Duckett
PO Box 40
Dalton, GA 30722-0040

Old Master Products
C/O Darla - Credit Dept.
7751 Hayvenhurst Avenue
Van Nuys, CA 91406

KRTH-FM
C/O Credit Dept.
PO Box 100722
Pasadena, CA 91189

Advo Inc.
C/O Credit Dept.
235 Great Pond Road
Windsor, CT 06095

**REQUESTS FOR SPECIAL NOTICE>>>**

**Attorneys for Ace Bapaz Wood Floors, Inc.**
David Brian Lally, Esq.
Law Office of David B. Lally
26895 Aliso Creek Rd., #B663
Aliso Viejo, CA 92656

**Attorneys for Bank of America, N.A.**
Kathryn B. Milstead, Esq.
Parker, Milliken, Clark, O'Hara & Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

Galleher, Inc.
Attn: Rick Sheppard, Credit Manager
9303 Greenleaf Avenue
Santa Fe Springs, CA 90670

**Attorneys for Cotner Avenue, LLC**
David M. Azema, Esq.
Azema Lawa Group
8665 Burton Way, Suite 415
Los Angeles, CA 90048

**SECURED CREDITORS>>>>**

Axis Capital, Inc.
308 North Locust Street
Grand Island, NE 68801

FPC FUNDING II, LLC
8700 WAUKEGAN ROAD, #100
MORTON GROVE, IL 60053

LEAF FUNDING INC.
1845 WALNUT STREET, 10TH FLOOR
PHILADELPHIA, PA 19103

SUSQUEHANNA PATRIOT COMMERCIAL
LEASING COMPANY, INC.
1566 MEDICAL DRIVE, SUITE 201
POTTSTOWN, PA 19464

WEST SUBURBAN BANK
717 S. WESTMORE AVE.
LOMBARD, IL 60148

NOTE TO USERS OF THIS FORM:
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>BELLE MARMICK, INC. | CHAPTER  11 |
|---|---|
| Debtor. | CASE NUMBER: SV 07-10887-GM |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify):*
   APPLICATION BY OFFICIAL COMMITTE OF UNSECURED CREDITORS TO EMPLOY HABERBUSH &
   ASSOCIATES, LLP, AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF DAVID R.
   HABERBUSH; ORDER APPROVING EMPLOYMENT

   was entered on *(specify date):* ~~AUG 2 4 2007~~   AUG 2 7 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): ~~AUG 2 4 2007~~   AUG 2 7 2007

Dated:   ~~AUG 2 4 2007~~   AUG 2 7 2007

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _Kathleen Ords_

**Deputy Clerk**

*Rev. 1/01* This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1**

BELLE MARMICK, INC.,
a California corporation
Chapter 11
Case No. SV-07-10887-GM

Office of the U.S. Trustee
Attn: George Griffith, Analyst
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

**Secured Creditor**
Bank of America, N.A.
Attn: Wendy Said
101 S. Marengo Avenue, 5th Fl
Pasadena, CA 91101-2428

**Debtor**
Belle Marmick, Inc.
Attn: Michael Cope
Amigos Flooring
13406 Saticoy St.
North Hollywood, CA 91605

**Attorney For Debtor**
Steven M. Spector
JEFFER, MANGELS BUTLER & MARMARO,
1900 Avenue of the Starts, 7th Floor
Los Angeles, Ca 90064-4803

**20 LARGEST UNSECURED CREDITORS**

Neo-Tech
Attn: Charles Oh
12810 East Florence Avenue
Santa Fe Springs, CA 90670

Cintek System Inc.
C/O SulmeyerKupetz
333 S. Hope Street, 35th Floor
Los Angeles, CA 90071-1406

Circuit City Stores, Inc.
Attn: Denise Coover
9954 Mayland Drive
Richmond, VA 93833

Balterio U.S., Inc.
C/O Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Lamipro
C/O Euler Hermes ACI
800 Red Brook Blvd.
Owings Mills, MD 21117-1008

Rye Canyon Gateway Plaza, LLC
C/O Ron Rasak
16001 Ventura Blvd.
Encino, CA 91436

5400 Warner Atrium LP
Attn: Building Office
5400 Cangoa Avenue, Suite 300
Woodland Hills, CA 91367

CBS Infinity/KTWV-FM
Attn: Credit Dept.
5670 Wilshire Blvd., #200
Los Angeles, CA 90036

LODGI North America Inc.
C/O Joe Ruchman
11131 Bird Rd.
Richmond, BC V6X 1N7

Ace Bapaz
Attn: Credit Dept.
3505 S. La Cienega Blvd.
Inglewood, CA 90301

LA Times
C/O Caine & Weiner
15025 Oxnard St., Suite 100
Van Nuys, CA 91411

Daily News Los Angeles
C/O Credit Dept.
21221 Oxnard Street
Woodland Hills, CA 91365

KFRG-FM
C/O Szabo Associates
3355 Lenox Road NE 9th Floor
Atlanta, GA 30326-1332

The Press-Enterprise
C/O Credit Dept.
PO Box 12009
Riverside, CA 92502-2209

Diamond W Floor Covering
C/O Faye Daniels
19321 E. Walnut Drive North
City Of Industry, CA 91748

CIT Group
C/O James Vogitanz
301 S. Tryon Street, Suite 2200
Charlotte, NC 28202

Shaw Industries
C/O Katherine Duckett
PO Box 40
Dalton, GA 30722-0040

Old Master Products
C/O Darla - Credit Dept.
7751 Hayvenhurst Avenue
Van Nuys, CA 91406

KRTH-FM
C/O Credit Dept.
PO Box 100722
Pasadena, CA 91189

Advo Inc.
C/O Credit Dept.
235 Great Pond Road
Windsor, CT 06095

REQUESTS FOR SPECIAL NOTICE>>>

**Attorneys for Ace Bapaz Wood Floors, Inc.**
David Brian Lally, Esq.
Law Office of David B. Lally
26895 Aliso Creek Rd., #B663
Aliso Viejo, CA 92656

**Attorneys for Bank of America, N.A.**
Kathryn B. Milstead, Esq.
Parker, Milliken, Clark, O'Hara & Samuelian
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440

Galleher, Inc.
Attn: Rick Sheppard, Credit Manager
9303 Greenleaf Avenue
Santa Fe Springs, CA 90670

**Attorneys for Cotner Avenue, LLC**
David M. Azema, Esq.
Azema Lawa Group
8665 Burton Way, Suite 415
Los Angeles, CA 90048

SECURED CREDITORS>>>>

Axis Capital, Inc.
308 North Locust Street
Grand Island, NE 68801

FPC FUNDING II, LLC
8700 WAUKEGAN ROAD, #100
MORTON GROVE, IL 60053

LEAF FUNDING INC.
1845 WALNUT STREET, 10TH FLOOR
PHILADELPHIA, PA 19103

SUSQUEHANNA PATRIOT COMMERCIAL
LEASING COMPANY, INC.
1566 MEDICAL DRIVE, SUITE 201
POTTSTOWN, PA 19464

WEST SUBURBAN BANK
717 S. WESTMORE AVE.
LOMBARD, IL 60148

HABERBUSH & ASSOCIATES, LLP
444 West Ocean Boulevard
Suite 1400
Long Beach, CA 90802